**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WMS INDUSTRIES, INC.** | § | **PLAINTIFF** |
| | § | |
| **VERSUS** | § | **NO. 1:06cv977-LG-JMR** |
| | § | |
| **FEDERAL INSURANCE COMPANY** | § | **DEFENDANT** |

## FINAL JUDGMENT

This action came on for trial on Monday, March 2, 2009, before the Court with Honorable Louis Guirola, Jr., United States District Judge, presiding, without a jury. The issues have been duly tried, and the Court has heard all of the evidence and argument of counsel.

For the reasons stated in the Findings of Fact and Conclusions of Law Upon Issues Tried Without a Jury Pursuant to FED. R. CIV. P. 52, the Court finds that Defendant Federal Insurance Company has breached the contract of insurance between it and Plaintiff WMS Industries, Inc., and Defendant is liable to Plaintiff for the amount of $9,717.70, plus prejudgment interest in the amount of $1,701.80. Accordingly,

**IT IS THEREFORE ORDERED AND ADJUDGED**, that Plaintiff WMS Industries, Inc., is awarded damages in the amount of $9,717.70 and prejudgment interest in the amount of $1,701.80, and that the Plaintiff recover costs from the Defendant Federal Insurance Company.

**SO ORDERED AND ADJUDGED** this the 4th day of August, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE